**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-04514 |
| | § | |
| JUAN PABLO BERRUTI | § | |
| ADRIANA BERRUTI | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/13/2014. The undersigned trustee was appointed on 02/13/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $6,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $18.29 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,481.71 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/20/2015 and the deadline for filing government claims was 01/20/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,255.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,255.75, for a total compensation of $1,255.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2.56, for total expenses of $2.56.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2015                    By:    /s/ David P. Leibowitz
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 14-04514-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | | Date Filed (f) or Converted (c): | 02/13/2014 (f) |
| For the Period Ending: | 3/6/2015 | | §341(a) Meeting Date: | 03/17/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2508 S. Ridgeland in Berwyn, IL 60402 Foreclosure Pending - Case No. 12 CH 35100 | $155,000.00 | $0.00 | | $0.00 | FA |
| 2  3516 S. Hermitage in Chicago, IL 60609 Foreclosure Pending - Case No. 13 CH 01362 | $143,000.00 | $0.00 | | $0.00 | FA |
| 3  3724 S. Wood St. in Chicago, IL 60609 Foreclosure Pending - Case No. 12 CH 38374 | $134,000.00 | $0.00 | | $0.00 | FA |
| 4  3750 S. Hermitage Avenue in Chicago, IL 60609 Foreclosure Pending - 12 CH 31188 | $141,000.00 | $0.00 | | $0.00 | FA |
| 5  3820 S. Gunderson Avenue in Berwyn, IL 60402 Foreclosure Pending - Case No. 12 CH 19491 | $169,000.00 | $0.00 | | $0.00 | FA |
| 6  Primary Family Residence: Located 6935 West 34th Street in Berwyn, Illinois 60402 | $260,000.00 | $0.00 | | $0.00 | FA |
| 7  4722 S. Tripp Avenue in Chicago, IL 60632 Foreclosure Pending - Case No. 12 CH 23461 | $148,000.00 | $0.00 | | $0.00 | FA |
| 8  6005 S. Melvina Avenue in Chicago, IL 60638 Foreclosure Pending - Case No. 12 CH 23610 | $143,000.00 | $0.00 | | $0.00 | FA |
| 9  Checking Account at Bank of America | $1,000.00 | $0.00 | | $0.00 | FA |
| 10  Household goods and furnishings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 11  Necessary clothing | $500.00 | $0.00 | | $0.00 | FA |
| 12  Term Life Insurance with no cash surrender value | Unknown | $0.00 | | $0.00 | FA |
| 13  Debtor's 401k | $130,000.00 | $0.00 | | $0.00 | FA |
| 14  Joint Debtor's 401k | $35,000.00 | $0.00 | | $0.00 | FA |
| 15  Anticipated 2013 Tax Refund | $1,752.00 | $352.00 | | $0.00 | FA |
| 16  2004 Lexus RX300 with 175,000 miles | $4,700.00 | $0.00 | | $0.00 | FA |
| 17  2004 Toyota RAV4 with196,000 miles | $2,200.00 | $0.00 | | $0.00 | FA |
| 18  2007 Toyota Yaris with 125,000 miles | $3,500.00 | $0.00 | | $0.00 | FA |
| 19  2010 Toyota Corolla with 69,000 miles. | $9,000.00 | $629.00 | | $0.00 | FA |
| 20  Recovery of Rent Payment(s) **(u)** | $0.00 | Unknown | | $6,500.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 14-04514-TAB | |
| **Case Name:** | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | |
| **For the Period Ending:** | 3/6/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 02/13/2014 (f) |
| **§341(a) Meeting Date:** | 03/17/2014 |
| **Claims Bar Date:** | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $1,482,152.00 | $2,481.00 | | $6,500.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/21/2014 | DA offered to settle matter for $4,000.00. Transfers were made in the amount of $6,969.08. Trustee offered $6,500.00 to resolve. |
| 10/17/2014 | Debtor received approximately $6969.08 in collected rent. Sent email to Debtor's attorney for repayment of funds received. |
| 07/30/2014 | Trustee recovering rent payment(s) |
| 05/17/2014 | Motion to Extend Filed; Hearing 5/27/14 |
| 05/08/2014 | Continued - Motion to Extend to be filed |
| 05/08/2014 | Continued to 5/29 - extend discharge date |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 04/15/2015 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-04514-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5247 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | **-***5248 | Account Title: | |
| For Period Beginning: | 2/13/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2014 | (20) | Juan Berruti | Settlement Payment | 1249-000 | $4,000.00 | | $4,000.00 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $3,997.09 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.45 | $3,990.64 |
| 02/04/2015 | (20) | Juan & Adriana Berruti | Settlement Payment | 1249-000 | $2,500.00 | | $6,490.64 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.93 | $6,481.71 |
| | | | **TOTALS:** | | $6,500.00 | $18.29 | $6,481.71 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,500.00 | $18.29 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,500.00 | $18.29 | |

**For the period of 2/13/2014 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/12/2014 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-04514-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5247 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | **-***5248 | Account Title: | |
| For Period Beginning: | 2/13/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,500.00 | $18.29 | $6,481.71 |

**For the period of 2/13/2014 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/13/2014 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-04514-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | **Date:** 3/6/2015 |
| **Claims Bar Date:** | 01/20/2015 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $2.56 | $0.00 | $0.00 | $0.00 | $2.56 |
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,255.75 | $0.00 | $0.00 | $0.00 | $1,255.75 |
| | LAKELAW  420 W. Clayton Street  Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,415.00 | $0.00 | $0.00 | $0.00 | $1,415.00 |
| | LAKELAW  420 W. Clayton Street  Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $13.34 | $0.00 | $0.00 | $0.00 | $13.34 |
| | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA  6935 WEST 34TH STREET  BERWYN IL 60402 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $1,442.52 | $0.00 | $0.00 | $0.00 | $1,442.52 |

**Claim Notes:**   Debtor Surplus

| 1 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK  PO Box 788  Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $962.47 | $0.00 | $1.22 | $0.00 | $962.47 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK  Comenity Bank  PO Box 788  Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,387.09 | $0.00 | $1.76 | $0.00 | $1,387.09 |

**Claim Notes:**   (2-1) Unsecured Debt

| | | | | | $6,478.73 | $0.00 | $2.98 | $0.00 | $6,478.73 |

**CLAIM ANALYSIS REPORT** Page No: 2

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-04514-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | **Date:** 3/6/2015 |
| **Claims Bar Date:** | 01/20/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trustee Firm) | $13.34 | $13.34 | $0.00 | $0.00 | $0.00 | $13.34 |
| Attorney for Trustee Fees (Trustee Firm) | $1,415.00 | $1,415.00 | $0.00 | $0.00 | $0.00 | $1,415.00 |
| General Unsecured § 726(a)(2) | $2,349.56 | $2,349.56 | $0.00 | $2.98 | $0.00 | $2,349.56 |
| Surplus Funds Paid to Debtor | $1,442.52 | $1,442.52 | $0.00 | $0.00 | $0.00 | $1,442.52 |
| Trustee Compensation | $1,255.75 | $1,255.75 | $0.00 | $0.00 | $0.00 | $1,255.75 |
| Trustee Expenses | $2.56 | $2.56 | $0.00 | $0.00 | $0.00 | $2.56 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     14-04514
Case Name:    JUAN PABLO BERRUTI
              ADRIANA BERRUTI
Trustee Name: David P. Leibowitz

Balance on hand:            $6,481.71

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:                       $6,481.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,255.75 | $0.00 | $1,255.75 |
| David P. Leibowitz, Trustee Expenses | $2.56 | $0.00 | $2.56 |
| Lakelaw, Attorney for Trustee Fees | $1,415.00 | $0.00 | $1,415.00 |
| Lakelaw, Attorney for Trustee Expenses | $13.34 | $0.00 | $13.34 |

Total to be paid for chapter 7 administrative expenses:  $2,686.65
Remaining balance:                                       $3,795.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:                                         $3,795.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00

**UST Form 101-7-TFR (5/1/2011)**

| | Remaining balance: | $3,795.06 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,349.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | $962.47 | $0.00 | $962.47 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | $1,387.09 | $0.00 | $1,387.09 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured claims: | $2,349.56 |
| | Remaining balance: | $1,445.50 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | | |
|---|---|---|
| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
| | Remaining balance: | $1,445.50 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $0.00 |
| | Remaining balance: | $1,445.50 |

**UST Form 101-7-TFR (5/1/2011)**

       To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.12 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

       The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,442.52.

**UST Form 101-7-TFR (5/1/2011)**