**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 14-04514 |
|---|---|---|
| | § | |
| JUAN PABLO BERRUTI | § | |
| ADRIANA BERRUTI | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 South Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 05/06/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| Date Mailed: 04/13/2015 | By: /s/ David P. Leibowitz |
|---|---|
| | Trustee |

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-04514
§
JUAN PABLO BERRUTI §
ADRIANA BERRUTI §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,500.00
*and approved disbursements of* $18.29
*leaving a balance on hand of[1]:* $6,481.71

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,481.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,255.75 | $0.00 | $1,255.75 |
| David P. Leibowitz, Trustee Expenses | $2.56 | $0.00 | $2.56 |
| Lakelaw, Attorney for Trustee Fees | $1,415.00 | $0.00 | $1,415.00 |
| Lakelaw, Attorney for Trustee Expenses | $13.34 | $0.00 | $13.34 |

Total to be paid for chapter 7 administrative expenses: $2,686.65
Remaining balance: $3,795.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,795.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,795.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,349.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | $962.47 | $0.00 | $962.47 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | $1,387.09 | $0.00 | $1,387.09 |

|  | Total to be paid to timely general unsecured claims: | $2,349.56 |
|---|---|---|
|  | Remaining balance: | $1,445.50 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|

|  |  |
|---|---|
| Remaining balance: | $1,445.50 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,445.50 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.12 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,442.52.

Prepared By:  /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Juan Pablo Berruti  
Adriana Berruti  
    Debtors

Case No. 14-04514-TAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 2     Date Rcvd: Apr 14, 2015  
                     Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2015.

```
db/jdb         +Juan Pablo Berruti,    Adriana Berruti,    6935 West 34th Street,    Berwyn, IL 60402-3304
aty             David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL  60085-4216
21520240      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
21520238       +Berruti Adriana,    6935 West 34th Street,    Berwyn, IL 60402-3304
21520237       +Berruti Juan Pablo,    6935 West 34th Street,    Berwyn, IL 60402-3304
21520245       +CODILIS & ASSOCIATES,    15W030 N. FRONTAGE RD Suite 100,    Burr Ridge, IL 60527-6921
21520241        Carson's / Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
21520242       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21520243       +Chase Home Mortgage, LLC,    3415 Vision,    Columbus, OH 43219-6009
21520244       +Citi Mortgage, Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
21520246       +Echelon Recovery Inc,    Po Box 1880,    Voorhees, NJ 08043-7880
21520239       +FERRENTINO & SARIKAS LLC,    33 N LaSalle,    Chicago, IL 60602-2603
21520248       +Heavner Scott Beyers & Mihlar,    111 E. Main Street, Suite 200,    Decatur, IL 62523-1204
22245941        JPMorgan Chase Bank, NA,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
21520250       +Ocwen Loan Servicing LLC,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
21520251       +Pierce & Assoc,    1 N Dearborn Ste 1300,    Chicago, IL 60602-4373
21520252       +Toyota Motor Services,    1801 S. Meyers Road,    Oak Brook Terrace, IL 60181-5242
21520253       +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22571265         E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2015 01:13:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                TOTAL: 1
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
21520247      ##+Freedman Anselmo Lindberg LLC,    1807 W. Diehl Road, Suite 333,    Naperville, IL 60563-1890
21520249      ##+Limited,    PO BOX 337001,    Northglenn, CO 80233-7001
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2015 at the address(es) listed below:

```
          Crystal V Sava    on behalf of Creditor    Bayview Loan Servicing, LLC ccaceres@fallaw.com,
           bankruptcy@alolawgroup.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank N.A. bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Joel P Fonferko    on behalf of Creditor    Ocwen Loan Servicing, LLC ND-One@il.cslegal.com
          Keith Levy    on behalf of Creditor    JPMorgan Chase Bank N.A. amps@manleydeas.com
          Kenneth W Bach    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
           National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
           kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Apr 14, 2015
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven C Lindberg    on behalf of Creditor    Bayview Loan Servicing, LLC bankruptcy@fallaw.com
          Vasilios S. Sarikas    on behalf of Joint Debtor Adriana  Berruti vss@fslawus.com, smarrero@fslawus.com
          Vasilios S. Sarikas    on behalf of Debtor Juan Pablo Berruti vss@fslawus.com, smarrero@fslawus.com

                                                                                                        TOTAL: 11