UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                )
                                                      )    Case No. 14bk04514
   JUAN PABLO BERRUTI                                 )
   ADRIANA BERRUTI,                                   )    Chapter 7
                                                      )
        Debtors.                                      )    Honorable Timothy A. Barnes
                                                      )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LAKELAW, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 1,415.00 | TOTAL COSTS REQUESTED: | $ 13.34 |
| TOTAL FEES REDUCED: | $ 194.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 1,220.50 | TOTAL COSTS ALLOWED: | $ 13.34 |

**TOTAL FEES AND COSTS ALLOWED: $ 1,233.84**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 72.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2) Unauthorized Work – TOTAL of disallowed amounts $ 122.50**

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154

(Bankr.N.D.Ill.1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

Dated: 13 MAY 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

Case 14-04514    Doc 55    Filed 05/13/15    Entered 05/14/15 09:47:34    Desc Main
Document    Page 2 of 4

Exhibit A

| PHASE | BILL DATE | STAFF | DESCRIPTION | RATE | DURATION | TOTAL |
|---|---|---|---|---|---|---|
| 1.01<br>(2) Unauthorized work | 03/19/14 | THOMAS | RECEIVE AND REVIEW EMAIL CORRESPONDENCE FROM DEBTORS' ATTORNEY REGARDING RENT ROLLS FOR DEBTORS' PROPERTIES; PREPARE RESPONSE REGARDING DOCUMENTS REQUESTED BY TRUSTEE. | $175.00 | 0.20 | $35.00 |
| 1.01<br>(2) Unauthorized work | 03/27/14 | THOMAS | REVIEW AND RESPOND TO EMAIL CORRESPONDENCE FROM DEBTORS' ATTORNEY REQUESTING EXTENSION TO PROVIDE REQUESTED DOCUMENTS. | $175.00 | 0.10 | $17.50 |
| 1.01<br>(2) Unauthorized work | 04/17/14 | THOMAS | RECEIVE AND REVIEW EMAIL CORRESPONDENCE, WITH ATTACHMENTS; REVIEW TAX RETURN. | $175.00 | 0.10 | $17.50 |
| 1.01<br>(2) Unauthorized work | 04/28/14 | THOMAS | REVIEW EMAIL CORRESPONDENCE FROM DEBTORS' ATTORNEY TOGETHER WITH RENT ROLL ON DEBTORS' PROPERTIES; ANALYZE RENT ROLL AND BREAKDOWN OF EXPENSES. | $175.00 | 0.30 | $52.50 |
| **1.01 Total** | | | | | 0.70 | $122.50 |
| 1.02 | 10/17/14 | THOMAS | PREPARE EMAIL TO DEBTORS' ATTORNEY REGARDING REPAYMENT OF RENTS RECEIVED BY DEBTORS. | $175.00 | 0.20 | $35.00 |
| 1.02 | 10/21/14 | THOMAS | ANALYZE DOCUMENTS RECEIVED FROM DEBTORS' ATTORNEY; EMAIL CORRESPONDENCE WITH DEBTORS' ATTORNEY REGARDING REPAYMENT OF POST PETITION RENTS; PREPARE EMAIL TO TRUSTEE REGARDING SAME. | $175.00 | 0.20 | $35.00 |
| 1.02<br>(1) Lumping | 10/27/14 | GREEN | REVIEW EMAIL FROM A. THOMAS RE SETTLEMENT; REVIEW EMAILS FROM DEBTORS' COUNSEL RE TERMS; PREPARE DRAFT OF MOTION TO SETTLE ESTATE'S CLAIM FOR POSTPETITION RENTS; REVISE AND PROOF SAME; PREPARE EMAIL TO A. THOMAS AND ARRANGE FOR FILING AND SERVICE. | $450.00 | 0.90 | $405.00 |
| 1.02 | 10/28/14 | THOMAS | PREPARE DOCUMENT FOR FILING, E-FILE, AND SERVE MOTION TO APPROVE SETTLEMENT | $175.00 | 0.30 | $52.50 |
| **1.02 Total** | | | | | 1.60 | $527.50 |
| 1.07<br>(1) Lumping | 02/06/15 | GREEN | PREPARE DRAFT OF MOTION TO EMPLOY LAKELAW RETROACTIVE TO MAY 16, 2014; PREPARE DRAFT ORDER AND DECLARATION; REVISIONS AND PROOFING; PREPARE EMAIL TO A. THOMAS AND ARRANGE FOR FILING AND SERVICE. | $450.00 | 0.70 | $315.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.07 | 02/09/15 | THOMAS | PREPARE DOCUMENT FOR FILING, E-FILE, AND SERVE MOTION TO EMPLOY LAKELAW | $175.00 | 0.30 | $52.50 |
| 1.07 | 03/03/15 | THOMAS | PREPARE DRAFT OF LAKELAW'S FEE APPLICATION. | $175.00 | 0.70 | $122.50 |
| 1.07 | 03/04/15 | GREEN | REVIEW AND REVISE LAKELAW'S FEE APPLICATION. | $450.00 | 0.30 | $135.00 |
| **1.07 Total** | | | | | 2.00 | $625.00 |
| 1.10 | 05/16/14 | THOMAS | PREPARE DOCUMENT FOR FILING, E-FILE, AND SERVE MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO DISCHARGE AND EXEMPTIONS. | $175.00 | 0.20 | $35.00 |
| 1.10 | 05/16/14 | THOMAS | DRAFT MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO EXEMPTIONS AND DISCHARGE; REVISE AND PROOF SAME; PREPARE DRAFT ORDER. | $175.00 | 0.60 | $105.00 |
| **1.10 Total** | | | | | 0.80 | $140.00 |
| **Grand Total** | | | | | 5.10 | $1,415.00 |