**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-04514 |
| | § | |
| JUAN PABLO BERRUTI | § | |
| ADRIANA BERRUTI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,292,440.00 | Assets Exempt: | $189,712.00 |
| Total Distributions to Claimants: | $2,352.54 | Claims Discharged Without Payment: | $90,096.00 |
| Total Expenses of Administration: | $2,510.44 | | |

3) Total gross receipts of $6,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,637.02 (see **Exhibit 2**), yielded net receipts of $4,862.98 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,928,737.14 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,704.94 | $2,510.44 | $2,510.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $92,072.00 | $2,349.56 | $2,349.56 | $2,352.54 |
| **Total Disbursements** | $2,020,809.14 | $5,054.50 | $4,860.00 | $4,862.98 |

4). This case was originally filed under chapter 7 on 02/13/2014. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015        By:  /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Recovery of Rent Payment(s) | 1249-000 | $6,500.00 |
| **TOTAL GROSS RECEIPTS** | | $6,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | Surplus Funds | 8200-002 | $1,637.02 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,637.02 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage, LLC | 4110-000 | $241,321.00 | $0.00 | $0.00 | $0.00 |
| | Chase Home Mortgage, LLC | 4110-000 | $168,866.00 | $0.00 | $0.00 | $0.00 |
| | Chase Home Mortgage, LLC | 4110-000 | $225,133.00 | $0.00 | $0.00 | $0.00 |
| | Citi Mortgage, Inc. | 4110-000 | $248,431.00 | $0.00 | $0.00 | $0.00 |
| | M&T Bank | 4110-000 | $203,023.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing LLC | 4110-000 | $255,495.14 | $0.00 | $0.00 | $0.00 |
| | Toyota Motor Services | 4110-000 | $8,371.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $248,588.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $329,509.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,928,737.14 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,255.75 | $1,255.75 | $1,255.75 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.56 | $2.56 | $2.56 |
| Green Bank | 2600-000 | NA | $18.29 | $18.29 | $18.29 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,415.00 | $1,220.50 | $1,220.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $13.34 | $13.34 | $13.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,704.94 | $2,510.44 | $2,510.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $892.00 | $962.47 | $962.47 | $962.47 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $1,084.00 | $1,387.09 | $1,387.09 | $1,387.09 |
| | Quantum3 Group LLC as agent for Comenity Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $1.22 |
| | Quantum3 Group LLC as agent for Comenity Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $1.76 |
| | Bank Of America | 7100-000 | $27,637.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $26,539.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $9,381.00 | $0.00 | $0.00 | $0.00 |
| | Echelon Recovery Inc | 7100-000 | $26,539.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $92,072.00 | $2,349.56 | $2,349.56 | $2,352.54 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-04514-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | Date Filed (f) or Converted (c): | 02/13/2014 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 03/17/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2508 S. Ridgeland in Berwyn, IL 60402 Foreclosure Pending - Case No. 12 CH 35100 | $155,000.00 | $0.00 | | $0.00 | FA |
| 2 | 3516 S. Hermitage in Chicago, IL 60609 Foreclosure Pending - Case No. 13 CH 01362 | $143,000.00 | $0.00 | | $0.00 | FA |
| 3 | 3724 S. Wood St. in Chicago, IL 60609 Foreclosure Pending - Case No. 12 CH 38374 | $134,000.00 | $0.00 | | $0.00 | FA |
| 4 | 3750 S. Hermitage Avenue in Chicago, IL 60609 Foreclosure Pending - 12 CH 31188 | $141,000.00 | $0.00 | | $0.00 | FA |
| 5 | 3820 S. Gunderson Avenue in Berwyn, IL 60402 Foreclosure Pending - Case No. 12 CH 19491 | $169,000.00 | $0.00 | | $0.00 | FA |
| 6 | Primary Family Residence: Located 6935 West 34th Street in Berwyn, Illinois 60402 | $260,000.00 | $0.00 | | $0.00 | FA |
| 7 | 4722 S. Tripp Avenue in Chicago, IL 60632 Foreclosure Pending - Case No. 12 CH 23461 | $148,000.00 | $0.00 | | $0.00 | FA |
| 8 | 6005 S. Melvina Avenue in Chicago, IL 60638 Foreclosure Pending - Case No. 12 CH 23610 | $143,000.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Account at Bank of America | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | Household goods and furnishings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 11 | Necessary clothing | $500.00 | $0.00 | | $0.00 | FA |
| 12 | Term Life Insurance with no cash surrender value | Unknown | $0.00 | | $0.00 | FA |
| 13 | Debtor's 401k | $130,000.00 | $0.00 | | $0.00 | FA |
| 14 | Joint Debtor's 401k | $35,000.00 | $0.00 | | $0.00 | FA |
| 15 | Anticipated 2013 Tax Refund | $1,752.00 | $352.00 | | $0.00 | FA |
| 16 | 2004 Lexus RX300 with 175,000 miles | $4,700.00 | $0.00 | | $0.00 | FA |
| 17 | 2004 Toyota RAV4 with196,000 miles | $2,200.00 | $0.00 | | $0.00 | FA |
| 18 | 2007 Toyota Yaris with 125,000 miles | $3,500.00 | $0.00 | | $0.00 | FA |
| 19 | 2010 Toyota Corolla with 69,000 miles. | $9,000.00 | $629.00 | | $0.00 | FA |
| 20 | Recovery of Rent Payment(s) (u) | $0.00 | Unknown | | $6,500.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2

Exhibit 8

| Case No.: | 14-04514-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | Date Filed (f) or Converted (c): | 02/13/2014 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 03/17/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                        **Gross Value of Remaining Assets**

                 $1,482,152.00              $2,481.00                                        $6,500.00             $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/21/2014 | DA offered to settle matter for $4,000.00.  Transfers were made in the amount of $6,969.08.  Trustee offered $6,500.00 to resolve. |
| 10/17/2014 | Debtor received approximately $6969.08 in collected rent. Sent email to Debtor's attorney for repayment of funds received. |
| 07/30/2014 | Trustee recovering rent payment(s) |
| 05/17/2014 | Motion to Extend Filed; Hearing 5/27/14 |
| 05/08/2014 | Continued - Motion to Extend to be filed |
| 05/08/2014 | Continued to 5/29 - extend discharge date |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 04/15/2015 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 14-04514-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5247 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | **-***5248 | Account Title: | |
| For Period Beginning: | 2/13/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2014 | (20) | Juan Berruti | Settlement Payment | 1249-000 | $4,000.00 | | $4,000.00 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $3,997.09 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.45 | $3,990.64 |
| 02/04/2015 | (20) | Juan & Adriana Berruti | Settlement Payment | 1249-000 | $2,500.00 | | $6,490.64 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.93 | $6,481.71 |
| 05/19/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,255.75 | $5,225.96 |
| 05/19/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.56 | $5,223.40 |
| 05/19/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 13.34; Amount Allowed: 13.34; Distribution Dividend: 100.00; | 3120-000 | | $13.34 | $5,210.06 |
| 05/19/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 1,415.00; Amount Allowed: 1,220.50; Distribution Dividend: 100.00; | 3110-000 | | $1,220.50 | $3,989.56 |
| 05/19/2015 | 3005 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 1; Amount Claimed: 962.47; Amount Allowed: 962.47; Distribution Dividend: 100.00; | * | | $963.69 | $3,025.87 |
| | | | Claim Amount $(962.47) | 7100-000 | | | $3,025.87 |
| | | | Interest $(1.22) | 7990-000 | | | $3,025.87 |
| 05/19/2015 | 3006 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 2; Amount Claimed: 1,387.09; Amount Allowed: 1,387.09; Distribution Dividend: 100.00; | * | | $1,388.85 | $1,637.02 |
| | | | Claim Amount $(1,387.09) | 7100-000 | | | $1,637.02 |
| | | | Interest $(1.76) | 7990-000 | | | $1,637.02 |
| 05/19/2015 | 3007 | BERRUTI, JUAN PABLO AND BERRUTI, | Claim #: ; Amount Claimed: 1,637.02; Amount Allowed: 1,637.02; Distribution Dividend: 100.00; | 8200-002 | | $1,637.02 | $0.00 |
| | | | **TOTALS:** | | $6,500.00 | $6,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,500.00 | $6,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $1,637.02 | |
| | | | **Net** | | $6,500.00 | $4,862.98 | |

| For the period of 2/13/2014 to 7/7/2015 | | For the entire history of the account between 11/12/2014 to 7/7/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,500.00 | Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 | Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,862.98 | Total Compensable Disbursements: | $4,862.98 |
| Total Non-Compensable Disbursements: | $1,637.02 | Total Non-Compensable Disbursements: | $1,637.02 |
| Total Comp/Non Comp Disbursements: | $6,500.00 | Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2
Case 14-04514  Doc 62  Filed 07/09/15  Entered 07/09/15 14:13:19  Desc Main
          Document       Page 8 of 8
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 14-04514-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BERRUTI, JUAN PABLO AND BERRUTI, ADRIANA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5247 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | **-***5248 | | Account Title: | |
| For Period Beginning: | 2/13/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,500.00 | $6,500.00 | $0.00 |

**For the period of 2/13/2014 to 7/7/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,862.98 |
| Total Non-Compensable Disbursements: | $1,637.02 |
| Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/13/2014 to 7/7/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,862.98 |
| Total Non-Compensable Disbursements: | $1,637.02 |
| Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |